United States District Court
Southern District of Texas
**ENTERED**
August 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTORIA CHEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | |
| FIRST INVESTORS FINANCIAL SERVICES, § | No. 4:15-cv-2025 |
| INC., § | |
| § | |
| Defendant. § | |

## ORDER

This case is dismissed with prejudice. The court retains jurisdiction to enforce the settlement. This is a final judgment.

SIGNED this 11th day of August, 2016.

_____
JUDGE PRESIDING

**AGREED:**

Respectfully submitted,                                  Respectfully submitted,

/s/ Robert J. Filteau (w/perm.)                          /s/ Mark Oberti
Robert J. Filteau                                        Mark Oberti
State Bar No. 06997300                                   State Bar No. 00789951
Fed. I.D. No. 3540                                       S.D. Texas No. 17918
9894 Bissonnet Street, Suite 865                         OBERTI SULLIVAN LLP
Houston, Texas 77036                                     723 Main Street, Suite 340
(713) 236-1400 – Telephone                               Houston, TX  77002
(713) 236-1706 – Facsimile                               (713) 401-3555 – Telephone
rfilteau@fso-lawprac.com                                 (713) 401-3547 – Facsimile
                                                         mark@osattorneys.com – E-mail

ATTORNEYS FOR PLAINTIFF

                                                         ATTORNEYS FOR DEFENDANT